FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAsbell at 12:32 pm, Jun 01, 2020*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| NATHAN CORRELL, individually and as next friend of C.C., a minor,<br><br>      Plaintiff,<br><br>   v.<br><br>VIKA LOGISTICS, LLC; ARNALDO GONZALEZ; STARR INDEMNITY & LIABILITY COMPANY; U.S. XPRESS, INC.; and MICHAEL LYNN CARTER,<br><br>      Defendants. | CIVIL ACTION NO.: 2:19-cv-135 |

**O R D E R**

This matter is before the Court on Plaintiff's Unopposed Motion to Substitute Caitlyn Correll as Plaintiff and Amended Motion to Substitute Caitlyn Correll as Plaintiff. Docs. 44, 45. Nathan Correll states when he filed this action Caitlyn Correll, the real party of interest in this action, was a minor; thus, Mr. Correll brought the case individually and as her next friend. Doc. 45. Now Ms. Correll has reached the age of majority. Mr. Correll moves under Federal Rules of Civil Procedure 15, 17, and 25 to substitute Caitlyn Correll as Plaintiff in the place of her father in his role as her next friend. Id. Mr. Correll also requests to remain a Plaintiff in his individual capacity to pursue claims for medical expenses incurred. Id. Defendants do not oppose Plaintiff's requests. Docs. 44, 45.

Upon due consideration and for good cause shown, the Court **GRANTS** Mr. Correll's Motion as unopposed. "Caitlyn Correll" is hereby **SUBSTITUTED** for Plaintiff Nathan Correll,

and the Court **DIRECTS** the Clerk of Court to amend the record and docket of this case to reflect this substitution.  Nathan Correll will remain a Plaintiff in his individual capacity.

**SO ORDERED**, this 1st day of June, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA